IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RESTORATIVE BRAIN CLINIC | ) | Case No.    21-40866-drd7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| VICTOR WEBER, TRUSTEE, | ) | |
| | ) | Adv. Proc. No. 23-04022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SAID, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED JUDGMENT AND ORDER

This Stipulated Judgment and Order is entered on the Motion of the plaintiff, Victor Weber, as trustee of Restorative Brain Clinic's bankruptcy estate (the "Bankruptcy Estate") in Western District of Missouri Bankruptcy Case Number 21-40866-drd7 and of defendant William Said.

HAVING REVIEWED the pleadings and record in this case and the underlying bankruptcy case, and being adequately informed and advised and with the consent and stipulation of the plaintiff and defendant, this COURT enters judgment in the amount of $500,000 against defendant William Said and for the plaintiff Victor Weber as Trustee on Count 8 of the plaintiff's Complaint which asserted a claim for breach of fiduciary duty against defendant William Said.

The remaining claim against William Said raised in Count 2 of this adversary proceeding is DISMISSED. All other claims upon which judgment has not been entered against a defendant in this adversary proceeding, specifically the claims: in Count 2 against RBC Restorative Brain, Inc. and HRI

1

DBA Hope Restored, Inc.; Count 3 against Michelle Durbin, Tatum Cosgrove, Patrick Cahill and Lyndsay South; and Counts 5 and 6 as against all parties are hereby DISMISSED.

IT IS SO ORDERED this 20th day of December, 2023

*/s/ Dennis R. Dow*
HONORABLE DENNIS R. DOW
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

**MERRICK, BAKER & STRAUSS, P.C.**
**By:** /s/ Victor F Weber
**VICTOR F. WEBER        MO#57361**
**1044 Main Street**
**Suite 500**
**Kansas City, MO 64105**
**Telephone:    (816) 221-8855**
**Facsimile:     (816) 221-7886**

**Stipulated to by:**

**THE SADER LAW FIRM**

**By: /s/ *Bradley D. McCormack***
**Bradley D. McCormack, MO 54338**
**2345 Grand Boulevard, Suite 2150**
**Kansas City, Missouri 64108-2663**
**Tel: 816-561-1818**
**Fax: 816-561-0818**
**Direct: 816-595-1802**
bmccormack@saderlawfirm.com